FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0147

_____

IN THE MATTER OF:

D.A.D.,                                                    O R D E R

        A Youth in Need of Care.

_____

Upon consideration of Appellant's motion for an extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Kim D. Anderson is granted an extension of time to and including June 1, 2020, within which to prepare, file, and service the transcripts requested on appeal.

No further extensions will be granted.

The Clerk shall serve a copy of this Order upon the District Court and the Court Reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2020